UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case Number: _____

HORACIO SEQUEIRA

_____
Plaintiff(s)

v.

Ulisses Rodriguez (Individual defendant)
Dennis Latchu (Individual defendant)
Steven Steinlauf (Individual Defendant)
Mr. Raul Columbe Calas (Individual Defendant)
**CORPORATE DEFENDANTS.**
GEICO INSURANCE AGENCY INC.
GATE SAFE INC.
AMERICAN AIRLINES INC.
LSG SKY CHEFS NORTH AMERICA SOLUTIONS INC.

_____
Defendant(s)

FILED by _lmr_ D.C.
OCT 31 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## CIVIL COMPLAINT FOR DAMAGES

Plaintiff, Horacio Sequeira alleges upon information and belief:

### JURISDICTION AND VENUE

1. This is a Civil action brought pursuant to the following statutes:
    a. 28, U.S.C. § 1331 which gives district courts original jurisdiction over civil actions arising under the Constitution, laws or treaties of the United States.

    b. 28 U.S.C. §1343 (3) and (4), which gives district courts jurisdiction over actions to secure civil rights extended by the United States government;

    c. 28 U.S.C §1367, which gives the district court supplemental jurisdiction over state law claims.

2. Venue is appropriate in this judicial district under 28 U.S.C. §1391(b) because the events that gave rise to this Complaint occurred in this district.

## PARTIES

3. Plaintiff HORACIO SEQUEIRA is a citizen of the United States and resides in the County of Miami Dade, State of Florida, which is in this judicial district.
4. Defendant Ulisses Rodriguez, sued as an individual defendant and Operations Manager-Mia Gate Safe, Inc.
5. Defendant Dennis Latchu is an individual defendant and is the Manager of Gate Safe Inc., sued in their official capacity as Managers and as individual defendants.
6. Defendant Steven Steinlauf is an individual defendant that is a Physician Specialist in orthopedic provide services in Pembroke Pines Florida sued as individual defendant.
7. Defendant Raul Columbe Calas is sued as an individual defendant that live in Miami Florida.
8. Defendant Geico Insurance Agency Inc., is sued as an insurance agency, the principal branch is place in FREDERICKSBURG, VA.
9. Defendant Gate Safe Inc., is sued as a corporation whose principal branch is placed in Reston Virginia that give security services on Miami Dade has contracted with Defendant American Airlines Inc., and LSG Sky Chefs North America Solutions Inc.

10. Defendant American Airlines Inc., is sued as a corporation, the principal branch is placed in Fort Worth, Texas, that buy food and liquor in the facilities of LSG Sky Chefs North America Solutions Inc. in Miami.

11. Defendant LSG Sky Chefs North America Solutions Inc., is sued as a Corporation, the principal branch is placed in Irving, Texas, and they rent the trucks and sell food and liquor to American Airlines Inc.

## GENERAL ALLEGATIONS

12. This is an action for damages which exceeds $75,000, exclusive of attorneys' fees, interests and costs.

13. Miami Dade, Florida is proper venue because the plaintiff's cause of action arose there.

14. Plaintiff is an individual who, at all times material, was employed by Defendant, a corporation authorized to do business in the State of Florida.

15. On July 4, 2015, Plaintiff was hired by Gate Safe Inc., as a Security coordinator in the facilities of LSG Sky chefs North America Solutions Inc.

16. On April 4, 2016, Plaintiff while on duty, incurred an ankle injury in a traffic accident while is going to find lunch and put gas to his car and back his job in Gate Safe Inc.

17. Plaintiff was transported for the rescue to Palm spring hospital and without work by 45 days after Plaintiff was clearance for continuing to work. Raul Columbe Cala and Geico Insurance Agency, Inc., were involved in this claim whose number is 0415378120101026-03. Geico Insurance Agency,

Inc., denied the liability claim only paid material damages of Plaintiff car that was damaged totally. In spite of Plaintiff exhausted remedies by claims of injures that had suffered in that accident, plaintiff was not compensated.

18. Geico Insurance Agency, Inc., don't paid any money for this claim. Instead Ambetter Plaintiff's regular insurance paid some medical bills, but other medical expenses were not paid in full by Geico Insurance Agency, Inc., neither by Raul Columbe Calas.

19. Plaintiff wrote a contract with Montoya Law firm about accident dated on April 4, 2016, but on August 22, 2016 Montoya Law firm was not able to efficiently and effectively proceed in this matter.

20. On July 10, 2016, Plaintiff, while on duty, incurred a Calcaneus fracture and dislocation of muscles injured while a driver careless worker from LSG Sky Chefs America Solutions Inc., was pulling a metal car full of food and liquor property of American Airline Inc., on the facilities of LSG Sky chefs North America Solutions Inc., placed on 3500 NW 24th Street Miami Florida where this both companies have total control and surveillance of the facilities both admitted are working disorganized and without care in their facilities.

21. Immediately after the injury, Plaintiff sought care at Palm Spring Hospital and other specialist where he was diagnosed with two fractures in calcaneus and dislocated muscles of right foot of work-related injure, some bills where

accepted by American Zurich insurance but other not, because Dr. Steven Steinlauf specialist said that plaintiff had preexistent conditions from first car accident, in spite the MRI and CDs chowed otherwise.

22. Plaintiff was authorized to work under implied medical and drug restrictions by Dr. Stevens D. Steinlauf and other physicians so medication for pain on ankle right. Dr. Stevens verbally with malice said to Plaintiff should have a surgery under cost of Plaintiff's regular insurance because the cost was between $25,000 to $30,000.

23. Plaintiff timely made his Workers' compensation claim to his employer whose claim number is 2840242172 with a law firm.

24. On August 29, 2016 Plaintiff returned to work as a Security coordinator full time with implied medical restriction issued by Dr. Steven D. Steinlauf, and released to worker compensation to the second car accident who dishonesty not said anything about medical restriction only that plaintiff need a surgery by the dislocation in the muscles and the calcaneus fracture in right foot.

25. On September 28, 2016, Plaintiff's employment with Gate Safe Inc., was suspended without cause and, instead, motivated by his worker's compensation claim and discrimination by plaintiff health condition. Plaintiff exhausted the remedies in administrative procedure without any resolution by them.

26. On October 4, 2016, plaintiff received a letter from Mr. Dennis Latchu and Mr. Ulisses Rodriguez by termination of the employment and verbally both defendants defamed plaintiff's reputation on the office of Gate Safe Inc.

27. Defendant Ulisses Rodriguez and Dennis Latchu in writing and spoken pursue slandered with more false statement with malice without base that caused serious harm in Plaintiff professional and labor reputation.

## COUNT I

## WRONGFULL DISCHARGE BY DEFENDANT

## IN VIOLATION OF FLA. STAT. §440.205

28. Plaintiff restates and re-alleges the factual allegations contained in paragraphs 1 through 27 above.

29. Fla. Stat. §440.205:

No employer shall discharge, threaten to discharge, intimidate, or coerce any employee by reason of such employee's valid claim for compensation or attempt to claim compensation under the Workers' Compensation Law. (Fla. Stat. §440.205, (2003)).

30. As a result of Plaintiff's filing or attempting to file a claim for worker's compensation benefits, Defendants Ulisses Rodriguez, Dennis Latchu and Gate Safe Inc., discharged and/or threatened to discharge Plaintiff with

defamatory and discriminations practices, Defendants' actions were willful, wanton, and outrageous and without regard for Plaintiff's rights and feelings.

31. Defendant Steven Steinlauf is liable for malpractice in his profession by don't give to plaintiff medical restriction in writing as was his duty, as a result plaintiff was working in the facilities without any protection in his right foot and this affected his capacity for perform his job and caused serious health's condition and economic damages.

32. Defendants Geico Insurance agency Inc., is liable by damages and liability by the accident occurred on April 4, 2016 because is the insurance from Mr. Raul Columbe Calas.

33. Raul Columbe Cala is liable for damages by the accident occurred on April 4, 2016 because he was fault.

34. American Airlines Inc., and LSG Sky Chefs North America Solutions are liable by damages for filed have reasonable due care in the facilities where they control their business and without care organize the metal cars with food and liquor with their personal as a direct and proximate result of the negligence occurred on July 10, 2016 that plaintiff was injured.

35. As a result of all Defendants' actions, Plaintiff has suffered permanent injures, economic and emotional damages and loss of continuing educations.

WHEREFORE, Plaintiff demands judgment against Defendants and relief in the form of: Economic damages, including lost wages, benefits, and other remuneration: reinstatement of full fringe benefits; front and back pay; any other compensatory damages allowable under law to the extent permitted by law and costs, emotional distress damages, prejudgment and post judgment interest and other relief as this court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

_____
Pro-se Horacio Sequeira

Dated, October 31, 2016.

Phone: 786-468-1792
13280 Port Said Rd. C301
Opa-Locka Fl. 33054
centrolatinos@hotmail.com

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY, that a true and correct copy of the foregoing document was served electronically and via U.S. Mail, and on October 31, 2016 to all persons shown on the following Service list.

_____
By: Pro-se   Horacio Sequeira
Phone: 786-468-1792
13280 Port Said Rd. C301
Opa-Locka Fl. 33054
centrolatinos@hotmail.com

## SERVICE LIST

Ulisses Rodriguez
2872 NW 72nd Av.
Miami, Fl. 33122

Dennis Latchu
2872 NW 72nd Av.
Miami, Fl. 33122
Steven Steinlauf
1 SW 129th Ave, Ste 401
Pembroke pines, Fl, 33027

RAUL COLUMBE CALAS
3580 EAST 9CT
HIALEAH FL. 33013

GEICO INSURANCE AGENCY, INC.
CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324 US

GATE SAFE INC.
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

AMERICAN AIRLINES INC.
CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324 US

LSG SKY CHEFS NORTH AMERICA SOLUTIONS INC.
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US